Adanté D. Pointer, Esq. (SBN 236229)
APointer@LawyersFTP.com
Patrick M. Buelna, Esq. (SBN 317043)
PBuelna@LawyersFTP.com
Angel Alexander Esq. (PL-492703)
AAlexander@LawyersFTP.com
**POINTER & BUELNA, LLP**
LAWYERS FOR THE PEOPLE
155 Filbert Street, Suite 208
Oakland, CA 94607
Telephone:	+ 510-929-5400

Attorneys for Plaintiff
Clarissa McDaniel

SAMANTHA C. GRANT (SBN 198130)
sgrant@reedsmith.com
WHITNEY NONNETTE PERRY (SBN 295222)
wperry@reedsmith.com
**REED SMITH LLP**
1901 Avenue of the Stars, Suite 700
Los Angeles, CA 90067-6078
Telephone:	+1 310 734 5200
Facsimile:	+1 310 734 5299

Attorneys for Defendant
Target Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLARISSA MCDANIEL, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota Corporation, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendant(s). | Case No.: 3:23-cv-04600-CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION, WITH PREJUDICE, PURSUANT TO FRCP RULE 41(a)(2)** |

STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION, WITH PREJUDICE, PURSUANT TO FRCP RULE 41(a)(2)

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(2), and subject to Court approval, Plaintiff Clarissa McDaniel ("Plaintiff") and Defendant Target Corporation ("Defendant") (together, "the Parties"), through their duly authorized respective counsel of record, hereby stipulate and agree:

(1) That this entire action shall be dismissed, with prejudice, with each Party to bear its own attorneys' fees and costs; and

(2) That this Court shall retain jurisdiction to enforce the terms of the Parties' settlement agreement.

Respectfully submitted,

DATED: July 12, 2024                          POINTER & BUELNA, LLP
                                              LAWYERS FOR THE PEOPLE


By: /s/ *Angel M. Alexander*
    Angel M. Alexander
    Adanté D. Pointer
    Attorneys for Plaintiff
    CLARISSA MCDANIEL

DATED: July 12, 2024                          REED SMITH LLP


By: /s/ *Samantha C. Grant*
    Samantha C. Grant
    Whitney Nonnette Perry
    Attorneys for Defendant
    TARGET CORPORATION

### SIGNATURE ATTESTATION

As the attorney e-filing this document, I hereby attest that counsel for Plaintiff has concurred in this filing.

Dated: July 12, 2024                          REED SMITH LLP


By: /s/ *Samantha C. Grant*
    Samantha C. Grant

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St., Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of Plaintiff Clarissa McDaniel and Defendant Target Corporation and good cause appearing therefor, this entire action is dismissed with prejudice, with each party to bear their own costs and fees. The Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement.

IT IS SO ORDERED.

DATE: July 15, 2024

_____
Honorable Charles R. Breyer
United States District Judge

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St., Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400